UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE D. BOLDEN,

        Petitioner,        Case No. 1:11-cv-1197

v.        Honorable Paul L. Maloney

KENNETH T. McKEE,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 4, 2016        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge