UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TERRANCE D. BOLDEN,

                    Petitioner,              Case No. 1:11-cv-1197

v.                                      Honorable Paul L. Maloney

KENNETH T. McKEE,

                    Respondent.

_____/

## **<u>JUDGMENT</u>**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED**

with prejudice because it fails to raise a meritorious federal claim.



Dated:   __August 4, 2016_____       /s/ Paul L. Maloney_____
                                               Paul L. Maloney
                                               United States District Judge